**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTERAD TECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>ATLANTIC BROADBAND FINANCE, LLC, *et al.*,<br>Defendants. | C.A. No. 11-837-JEI-KW |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, InterAD Technologies, LLC, hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of the Court by filing a notice of dismissal at any time before service by the adverse party of answer. Defendants Verizon Inc. and Verizon Communications, Inc. have not yet answered the Complaint. Accordingly, InterAD Technologies, LLC voluntarily dismisses defendants Verizon Inc. and Verizon Communications, Inc. from this action with prejudice pursuant to Rule 41(a)(1).

January 5, 2011

BAYARD, P.A.

/s/ *Stephen B. Brauerman*

Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Attorneys for Plaintiff,
InterAD Technologies, LLC

Of Counsel:

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com